*State, Respondent, v. Coleman, Petitioner*, No. 93934-9. Petition for review of a decision of the Court of Appeals, No. 33415-5-III, October 4, 2016, 196 Wn. App. 1024. *Denied* March 29, 2017.

*State, Respondent, v. Devyver, Petitioner*, No. 93937-3. Petition for review of a decision of the Court of Appeals, No. 47547-2-II, October 25, 2016, 196 Wn. App. 1037. *Denied* March 29, 2017.

*State, Respondent, v. Knight, Petitioner*, No. 93938-1. Petition for review of a decision of the Court of Appeals, No. 47736-0-II, November 8, 2016, 196 Wn. App. 1053. *Denied* March 29, 2017.

*State, Respondent, v. Olson et al., Petitioners*, No. 93940-3. Petition for review of a decision of the Court of Appeals, No. 75643-5-I, November 14, 2016, 196 Wn. App. 1060. *Denied* March 29, 2017.

*State, Respondent, v. Bezhenar, Petitioner*, No. 93943-8. Petition for review of a decision of the Court of Appeals, No. 75642-7-I, November 14, 2016, 196 Wn. App. 1060. *Denied* March 29, 2017.

*Sweeney et al., Petitioners, v. Adams County Pub. Hosp. Dist. No. 2 et al., Respondents*, No. 93951-9. Petition for review of a decision of the Court of Appeals, No. 32486-9-III, October 25, 2016, 196 Wn. App. 1040. *Denied* March 29, 2017.

*In re Parenting & Support of D.R. Brasfield, Petitioner, v. Rainbow, Respondent*, No. 93952-7. Petition for review of a decision of the Court of Appeals, No. 74018-1-I, October 17, 2016, 196 Wn. App. 1031. *Denied* March 29, 2017.

*In re Adoption of C.W.S. et al.*, No. 93954-3. Petition for review of a decision of the Court of Appeals, No. 33260-8-III, November 15, 2016, 196 Wn. App. 1064. *Denied* March 29, 2017.